DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAYSON CRUZ,**
Appellant,

v.

**DEPARTMENT OF REVENUE CHILD SUPPORT PROGRAM** and
**JOCELYN LORENZO,**
Appellees.

No. 4D2024-2179

[October 8, 2025]

Appeal from the State of Florida, Department of Revenue; L.T. Case Nos. 2001392530 and 06240000591CA.

Jayson Cruz, Hollywood, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for appellee Department of Revenue.

PER CURIAM.

Appellant Jayson Cruz ("the father") timely appeals the Department of Revenue's final administrative support order establishing his child support obligation in this matter. The Department filed a confession of error on the basis that the administrative court had misattributed the children's social security disability dependent benefits to the mother's income, when the benefits should have been attributed to the father's income and credited toward his monthly support obligation. *See* § 61.30(2)(d), Fla. Stat. (2024) ("Social security benefits received by a minor child due to the retirement or disability of the child's parent shall be included in the parent's gross income."). We accept the Department's confession of error, reverse the final order, and remand for recalculation and further proceedings. We affirm without discussion as to the father's second argument.

*Reversed in part and remanded for further proceedings.*

GROSS, GERBER, JJ., and SHULLMAN, SARAH L., Associate Judge, concur.

\*          \*          \*

*Not final until disposition of timely-filed motion for rehearing.*